IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELIZABETH RING                                                        PLAINTIFF

v.                                   CASE NO. 3:17-CV-116-BD

SOCIAL SECURITY ADMINISTRATION                                        DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Social Security Administration is AFFIRMED. Judgment is entered in favor of the Commissioner.

SO ORDERED, this 29th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE